Rob Bonta
Attorney General of California
Lyndsay Crenshaw
Supervising Deputy Attorney General
Eric Miersma
Deputy Attorney General
State Bar No. 190819
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 738-9061
  Fax: (619) 645-2061
  E-mail: Eric.Miersma@doj.ca.gov
*Attorneys for Defendants*
*R. Mojica, S. Sawyer, M. Lotersztain, M.D.,*
*California Department of Corrections and*
*Rehabilitation, and M. Atchley*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BILAL ADOM,** <br><br> Plaintiff, <br><br> v. <br><br> **CDCR, et al.,** <br><br> Defendants. | 4:22-cv-07150-JSW <br><br> **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL** |

    Defendants R. Mojica, S. Sawyer, M. Lotersztain, M.D., California Department of Corrections and Rehabilitation, and M. Atchley hereby answer Plaintiff Bilal Adom's Complaint as corrected (ECF Nos. 1 and 5) as follows. Unless otherwise stated, all allegations are denied.

    1.    Answering Paragraph I, Introduction, Defendants do not have sufficient information to admit or deny these allegations and, on that basis, deny them.

2. Answering Paragraph II, Jurisdiction, and Paragraph III, Venue, Defendants admit jurisdiction and venue are proper in the Northern District of California. Defendants deny all of the remaining allegations in these paragraphs.

3. Answering Paragraph IV, Exhaustion of Administrative Remedies, Defendants do not have sufficient information to admit or deny these allegations and, on that basis, deny them.

4. Answering Paragraph V, Parties, Defendants admit Plaintiff (T28813) is currently incarcerated at Salinas Valley State Prison and at all times relevant to this Complaint was incarcerated at Salinas Valley State Prison. Defendants do not have sufficient information to admit or deny the remaining allegations and, on that basis, deny them.

5. Answering Paragraph 5, Defendants admit M. Atchley is a named defendant in this matter. Defendants deny all of the remaining allegations in this paragraph.

6. Answering Paragraph 6, Defendants admit S. Sawyer is a named defendant in this matter. Defendants deny all of the remaining allegations in this paragraph.

7. Answering Paragraph 7, Defendants admit R. Mojica is a named defendant in this matter. Defendants deny all of the remaining allegations in this paragraph.

8. Answering Paragraph 8, Defendants do not have sufficient information to admit or deny these allegations and, on that basis, deny them.

9. Answering Paragraph 9, Defendants do not have sufficient information to admit or deny these allegations and, on that basis, deny them.

10. Answering Paragraph 10, Defendants admit M. Lotersztain is a named defendant in this matter. Defendants deny all of the remaining allegations in this paragraph.

11. Answering Paragraph 11, Defendants do not respond to claims regarding B. Rubio because the Court dismissed her in its Order of Partial Dismissal and of Service (ECF No. 9).

12. Answering Paragraph 12, Defendants do not have sufficient information to admit or deny these allegations and, on that basis, deny them.

13. Answering Paragraph 13, Defendants do not respond to claims regarding Eighth Amendment claims against CDCR because the Court dismissed them in its Order of Partial

Dismissal and of Service (ECF No. 9).  Defendants deny all of the remaining allegations in this paragraph.

14. Answering Paragraph 14, Defendants do not have sufficient information to admit or deny these allegations and, on that basis, deny them.

15. Answering Paragraph 15, Defendants deny they acted in violation of laws under the U.S. Constitution, the Equal Protection Clause, and Title II of the Americans with Disabilities Act.  Defendants do not have sufficient information to admit or deny the remaining allegations and, on that basis, deny them.

16. Answering Paragraphs 16 through 26, Defendants admit Plaintiff (T28813) is currently incarcerated at Salinas Valley State Prison and at all times relevant to this Complaint was incarcerated at Salinas Valley State Prison.  Defendants do not have sufficient information to admit or deny the remaining allegations and, on that basis, deny them.

17. Answering Paragraphs 27 through 29, Defendants do not respond to claims regarding B. Rubio because the Court dismissed her in its Order of Partial Dismissal and of Service (ECF No. 9).  Defendants do not have sufficient information to admit or deny the remaining allegations and, on that basis, deny them.

18. Answering Paragraphs 30 through 48, Defendants admit Plaintiff filed a health care grievance (HC 21001578) received on September 16, 2021.  Defendants do not have sufficient information to admit or deny the remaining allegations and, on that basis, deny them.

19. Answering Paragraph 49, Defendants admit M. Lotersztain examined Plaintiff on December 29, 2021.  Defendants do not have sufficient information to admit or deny the remaining allegations and, on that basis, deny them.

20. Answering Paragraph 50, Defendants admit M. Loterszstain ordered temporary incontinence supplies and conducted a prostate exam.  Defendants deny all of the remaining allegations in this paragraph.

21. Answering Paragraph 51, Defendants admit M. Loterszstain ordered temporary incontinence supplies.  Defendants deny all of the remaining allegations in this paragraph.

22. Answering Paragraph 52, Defendants admit Plaintiff submitted Health Care Services Request Forms dated 01/12/22 and 01/14/22 requesting incontinence supplies. Defendants do not have sufficient information to admit or deny the remaining allegations and, on that basis, deny them.

23. Answering Paragraph 53, Defendants do not have sufficient information to admit or deny the allegations and, on that basis, deny them.

24. Answering Paragraph 54, Section VII, Statement of Facts, Defendants admit Plaintiff submitted the following grievances: SVSP HC21001617, SVSP HC21001725, OOA 170591, OOA 180018, OOA 231885, and SVSP HC 21000098. Defendants deny all of the remaining allegations in this paragraph.

25. Answering Paragraphs 54 through 57, Section VIII, Legal Arguments/Points and Authorities, Defendants deny acting with "Deliberate Indifference to Serious Medical Needs" and deny violating Plaintiff's constitutional rights. Defendants deny all of the remaining allegations in these paragraphs.

26. Answering Paragraphs 58 through 65, Section IX, ADA Claim against CDCR, Defendants deny violating Title II of the Americans with Disabilities Act. Defendants deny all of the remaining allegations in these paragraphs.

27. Answering Paragraph 66, Defendants do not have sufficient information to admit or deny the allegations against Defendant Monte Grande and, on that basis, deny them. Defendants do not respond to claims regarding B. Rubio because the Court dismissed her in its Order of Partial Dismissal and of Service (ECF No. 9). Defendants deny all of the remaining allegations in these paragraphs.

28. Answering Paragraph 67, Defendants do not have sufficient information to admit or deny the allegations and, on that basis, deny them.

29. Answering Paragraph 68, Defendants do not have sufficient information to admit or deny the allegations and, on that basis, deny them.

///

///

30. Answering Paragraph 69, Defendants admit M. Lotersztain examined Plaintiff on December 29, 2021, ordered temporary incontinence supplies, and conducted a prostate exam. Defendants deny all of the remaining allegations in this paragraph.

31. Answering Paragraph 70, Defendants do not respond to claims regarding B. Rubio because the Court dismissed her in its Order of Partial Dismissal and of Service (ECF No. 9). Defendants deny all of the remaining allegations in this paragraph.

32. Answering Paragraph 71, Defendants do not have sufficient information to admit or deny the allegations and, on that basis, deny them.

33. Answering Paragraph 72, Defendants do not have sufficient information to admit or deny the allegations and, on that basis, deny them.

34. Answering Paragraphs 73 through 79, Defendants deny violating Plaintiff's constitutional rights. Defendants deny all of the remaining allegations in these paragraphs.

35. Answering Paragraphs 80 through 85, Defendants deny violating Plaintiff's rights under Title II of the Americans with Disabilities Act. Defendants deny all of the remaining allegations in these paragraphs.

36. Answering Section XII, Demand for Jury Trial, Defendants find no charging allegation in this section.

37. Answering Section XIII, Conclusion, as corrected (ECF No. 5), Defendants deny all of the allegations in this section.

38. Answering Section XIV, Demand for Jury Trial, as corrected (ECF No. 5), Defendants find no charging allegation in this section.

39. Answering Section XV, Prayer for Relief, as corrected (ECF No. 5), Defendants deny they violated Plaintiff's rights and deny that Plaintiff is entitled to any compensatory damages, punitive damages, injunctive relief, or any other relief whatsoever. Defendants deny all of the remaining allegations in this section.

///

///

///

**AFFIRMATIVE DEFENSES**

Defendants assert the following separate and affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE**

**(FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES)**

Plaintiff's claims are barred by 42 U.S.C. § 1997e(a), in that Plaintiff failed to exhaust administrative remedies as to Defendants and/or claims asserted in this action.

**SECOND AFFIRMATIVE DEFENSE**

**(QUALIFIED IMMUNITY)**

Defendants are entitled to qualified immunity because there can be no constitutional violation based on the facts alleged or presented, and because Defendants' conduct did not violate clearly established law of which a reasonable person would have known. At all relevant times, Defendants acted within the scope of discretion, with due care, with a good faith fulfillment of responsibilities pursuant to applicable statutes, rules, regulations, and practices, and with the good-faith belief that the actions comported with the Constitution and all applicable federal and state laws.

**THIRD AFFIRMATIVE DEFENSE**

**(FAILURE TO MITIGATE)**

Plaintiff's claims for damages are barred, or should be reduced, because Plaintiff failed to exercise reasonable diligence to mitigate the nature and extent of all claims and alleged injuries.

**FOURTH AFFIRMATIVE DEFENSE**

**(NO LIABILITY FOR CONTRIBUTORY CONDUCT)**

Plaintiff's alleged injuries or damages were the result of Plaintiff's own negligent or deliberate actions.

**FIFTH AFFIRMATIVE DEFENSE**

**(THIRD PARTIES)**

To the extent Plaintiff sustained damages by reason of the matters alleged in the Complaint, which Defendants hereby deny, those damages were caused in whole or in part by the negligence or fault of third persons for whose actions Defendants are in no way responsible.

## SIXTH AFFIRMATIVE DEFENSE

## (ELEVENTH AMENDMENT IMMUNITY)

Defendants are immune under the Eleventh Amendment from damages while acting in their official capacity.

## DEMAND FOR JURY TRIAL

Defendants demand a jury trial on all issues presented by Plaintiff's Complaint.

## PRAYER FOR RELIEF

Defendants pray that:

1. Judgment be rendered in favor of Defendants and against Plaintiff;

2. Plaintiff take nothing by the Complaint;

3. Defendants be awarded costs of suit and attorneys' fees; and

4. Defendants be awarded any other relief the Court deems proper.

Dated: June 9, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
LYNDSAY CRENSHAW
Supervising Deputy Attorney General

s/ Eric Miersma

ERIC MIERSMA
Deputy Attorney General
*Attorneys for Defendants*
*R. Mojica, S. Sawyer, M. Lotersztain, M.D., California Department of Corrections and Rehabilitation, and M. Atchley*

EJM
SF2023801143
83991442.docx

# CERTIFICATE OF SERVICE

Case Name:  **Bilal Adom v. CDCR, et al.**     No.  **4:22-cv-07150-JSW**

I hereby certify that on June 9, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 9, 2023, at San Diego, California.

| H. Tesfagiorgis | /s/ H. Tesfagiorgis |
|---|---|
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On June 9, 2023, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Bilal Adom
T28813
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA  93960-1020
Pro Se

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 9, 2023, at San Diego, California.

| N. Amansec | /s/ N. Amansec |
|---|---|
| Declarant for Service by U.S. Mail | Signature |