Bilal Adom, #T28813
S.V.S.P.
P.O. Box 1050-D2-111
Soledad, CA 93960-1050

**FILED**
AUG 07 2023 BA
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bilal Adom, <br> Plaintiff, <br> v. <br> CDCR et al., <br> Defendants. | Case No: 22-CV-07150-JSW <br><br> Plaintiff's Motion Pursuant To F.R.C.P. "Rule 26(f) Meeting." |

In accordance with Rule 26(f) of the Federal Rules of Civil Procedures, Plaintiff requests that Defendants CDCR, Atcherly, Sawyer, Mojica, Ladd, Lotersztain and Montegrande provide a response to Plaintiff's request to talk about the arrangement for some exchange of information, creating a discovery schedule or plan, or the possibility of settlement.

Dated: July 23rd, 2023

Signed: _____ #T28813

## VERIFICATION

I, Bilal Adom, declare under penalty of perjury under the laws of

1.

the State of California and the U.S.A. the foregoing is true and correct.

Executed on July 23rd, 2023 at Soledad, CA.

Bilal Adom, B. [signature] #72953
Declarant, In Pro Se

2.