UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL ADOM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-07150-JSW<br><br>**JUDGMENT** |

Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: June 25, 2024

_____
JEFFREY S. WHITE
United States District Judge