UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BILAL ADOM, | Case No. 22-cv-07150-JSW |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR LEAVE TO FILE NOTICE OF APPEAL; GRANTING EXTENSION OF TIME** |
| CDCR, et al., | |
| Defendants. | Re: Dkt. Nos. 50, 51 |

Plaintiff's motion for leave to file a notice of appeal is DENIED as unnecessary. Plaintiff does not need leave of the Court to appeal the judgment. The Court construes the motion as a notice of appeal. The Clerk shall process the appeal.

Plaintiff's motion for an extension of time in which to file a motion for reconsideration under Rule 59(e) is GRANTED. Such a motion is due on or before **August 28, 2024.**

**IT IS SO ORDERED.**

Dated: July 30, 2024

JEFFREY S. WHITE
United States District Judge