Bilal Adom, T28813
S.V.S.P.
P.O. Box 1050-D2-111
Soledad, CA 93960

FILED
JUL 22 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

pc

| | |
|---|---|
| Bilal Adom, <br>     Plaintiff, <br> v. <br> CDCR, et al., <br>     Defendants. | Case No. 22-CV-07150-JSW <br><br> Motion For Leave To File "Notice of Appeal" To Ninth Circuit Crt. of Appeals. |

   Plaintiff, Bilal Adom, pursuant to Rule 3 of Fed. Rules of Civ. P., request permission from this District Court to file an appeal in the Ninth Circuit Court of Appeals against this court's order granting the defendants' summary judgment on June 25, 2024.

1. This court should grant leave freely to appeal the summary judgment decision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Soledad, California on July 16th, 2024.

/s/ Bilal Adom,
   Declarant In Pro Se

1.

# Proof Of Service

Bilal Adom v. CDCR, et al.,  Case No. 22-cv-07150

I, Bilal Adom, am over the age of 18 and a party to the within cause.

On Wednesday, July 17, 2024, I mailed the within Motion "Notice of Appeal" on the PARTIES in said action as follows:

State of California
Dept. of Justice
Off. of The Att. Gen.
600 West Broadway, Ste, 1800
P.O. Box 85266
San Diego, CA 92186-5266

Zenere Cowden & Stoddard APC
200 De La Cruz Blvd., Ste, 240
Santa Clara, CA 95050

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Soledad, California on July 17, 2024.

/s/ Bilal Adom
Declarant In Pro Se

1.