UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILAL ADOM,
Plaintiff,

v.

CDCR, et al.,
Defendants.

Case No. 22-cv-07150-JSW

**ORDER REFERRING CASE TO PRISONER MEDIATION PROGRAM**

The United States Court of Appeals for the Ninth Circuit has remanded this case. (ECF Nos. 58, 59.) The Court of Appeals reversed the grant of summary judgment on two claims: (1) against the California Department of Corrections and Rehabilitation for violation of Title II of the American with Disabilities Act (ECF No. 59); and (2) against Defendant Dr. Montegrande for the use of excessive force in violation of the Eighth Amendment (ECF No. 58). The Court of Appeals affirmed the grant of summary judgment on Plaintiff's other claims. (ECF No. 58.) The Court of Appeals also ordered this Court to "consider" whether Plaintiff "has standing to seek an injunction ordering CDCR to grant him a permanent accommodation order." (ECF No. 59 at 35.)

Good cause appearing, this case is REFRERRED to Magistrate Judge Illman pursuant to the Pro Se Prisoner Mediation Program. The mediation proceedings shall take place within 120 days of the date this order is entered. Magistrate Judge Illman shall coordinate a time and date for a mediation proceeding with all interested parties or their representatives and, within five days after the conclusion of the mediation proceedings, file a report. All mediation proceedings shall be confidential and no statement made therein will be admissible in any proceedings in the case, unless the parties otherwise agree. No part of the mediation proceeding shall be reported, or otherwise recorded, without the consent of the parties, except for any memorialization of a settlement.

United States District Court
Northern District of California

All further proceedings in this case except those related to the mediation proceedings, as ordered or permitted by Magistrate Judge Illman, are STAYED pending completion of the mediation proceedings. The standing question identified by the Court of Appeals will be addressed and any briefing may be ordered if this case is not settled in mediation proceedings.

The clerk shall send a copy of this order to Magistrate Judge Illman.

**IT IS SO ORDERED.**

Dated: October 16, 2026

JEFFREY S. WHITE
United States District Judge