Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
T: (510) 463-3350
F: (510) 463-3349
gkaton@katon.law

**PROPOSED ATTORNEY FOR PLAINTIFF BILAL ADOM**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILAL ADOM,<br><br>Plaintiff,<br><br>vs.<br><br>CDCR, et al.,<br><br>Defendants. | Case No. 4:22-cv-07150-JSW<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR COUNSEL TO APPEAR ON BEHALF OF PLAINTIFF THROUGH SETTLEMENT CONFERENCE** |

After careful consideration, the Court GRANTS Plaintiff's Administrative Motion for Leave for Glenn Katon to appear as counsel for Plaintiff through the court-ordered settlement conference, which is unopposed. Attorney Katon shall notify the Court within 30 days of the settlement conference whether he is to remain in the case as counsel for Plaintiff.

It is SO ORDERED on November 10, 2026.

Jeffrey S. White

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE